In re ) Case No. **17–30105–tmb7**
**Rufino Alava Bartolome** )
**Cristina D. Bartolome** ) ORDER AND NOTICE    January 17, 2017
Debtor(s) ) REGARDING FILING OF    Clerk, U.S. Bankruptcy Court
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL    BY **bdw** DEPUTY
)

The bankruptcy CASE FILED on **1/13/17** has deficiencies.
14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

   **Schedule D (Official Form 106D for Individuals; Official Form 206D for Non–Individual) and a Summary of Assets and Liabilities (Official Form 106Sum for Individuals; Official Form 206Sum for Non–Individual), and a signed Declaration to Schedules (Official Form 106Dec for Individual; Official Form 202 for Non–Individual) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)**

   **Schedule E/F (Official Form 106E/F for Individuals; Official Form 206E/F for Non–Individual) and a Summary of Summary of Assets and Liabilities (Official Form 106Sum for Individuals; Official Form 206Sum for Non–Individual), with a signed Declaration to Schedules (Official Form 106Dec for Individual; Official Form 202 for Non–Individual) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)**

   **Schedule G (Official Form 106G for Individuals; Official Form 206G for Non–Individual) with a signed Declaration to Schedules (Official Form 106 Dec for Individuals; Official Form 202 for Non–Individual) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)**

   **Schedule H (Official Form 106H for Individuals; Official Form 206H for Non–Individual) with a signed Declaration to Schedules (Official Form 106 Dec for Individuals; Official Form 202 for Non–Individual) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)**

   Schedule I (Official Form 106I) and a Summary of Assets and Liabilities (Official Form 106Sum), with a signed Declaration to Schedules (Official Form 106Dec) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)

   Schedule J (Official Form 106J) and a Summary of Assets and Liabilities (Official Form 106Sum), with a signed Declaration to Schedules (Official Form 106Dec) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)

   A signed Statement of Financial Affairs (Official Form 107 for Individuals; Official Form 207 for Non–Individual). (Fed. Rules Bankr. Proc. 1007 & 1008)

   **– NOTE: The accuracy and completeness of the creditor Schedules (i.e., D–H), and the required creditor mailing list which includes all entities listed on such Schedules, are the debtor's responsibility. Such Schedules will not be compared with any creditor mailing list. Entities listed on Schedules D–H that were NOT listed on the creditor mailing list filed with the debtor's Petition must be added using Local Form #728 unless the only change is to correct a PREVIOUSLY listed creditor's address, or attorney for a previously listed creditor. (Local Bankr. Rule 1009–1.)**
14 DAYS TO FILE: Each document listed below was submitted to the court, but is STRICKEN or RETURNED for the reason(s) stated. You must correct the deficiency and refile each listed document within 14 days of the CASE FILED date shown above.

   **– The submitted Schedules were missing a signed Declaration to Schedules.**

   **Schedule A/B and a Summary of Assets and Liabilities (Official Form 106Sum for Individuals; Official Form 206Sum for Non–Individual), and a signed Declaration to Schedules (Official Form 106Dec for Individual; Official Form 202 for Non–Individual) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)**

**Schedule C (Official Form 106C) with a signed Declaration to Schedules (Official Form 106Dec) attached. (Fed. Rules Bankr. Proc. 1007 & 1008)**

**– Official and Local Forms may be obtained from this Court's website at www.orb.uscourts.gov (Local Bankr. Rule 9009−1). For a complete list of petition forms required for Individual Debtors, refer to Local Form 100; for Non−Individual Debtors, refer to Local Form 200.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court